UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLONY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CHARANJEET OBEROI, individually and doing business as ROUTE 66 BAR, PORKY'S BBQ, and BEST MOTEL, and SEAN SITTLER, by and through his guardian ad litem, Shannon DeBenedictis,<br><br>Defendants. | No.   ED CV 17-1476 PA (KSx)<br><br>JUDGMENT |

In accordance with the Court's December 11, 2017 Minute Order granting the Motion for Summary Judgment filed by plaintiff Colony Insurance Company ("Plaintiff"), the Court has resolved all of the claims pending in this action,

1.     IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Plaintiff shall have judgment in its favor and against defendants Charanjeet Oberoi, individually and doing business as Route 66 Bar, Porky's BBQ, and Best Motel, and Sean Sittler, by and through his guardian ad litem, Shannon DeBenedictis (collectively, Defendants) and each of them, on its Declaratory Relief claim, as follows:

There is no potential for coverage for the claims asserted in the action pending in the Superior Court of California for the County of San Bernardino that is captioned Sean Sittler,

by and through his guardian ad litem, Shannon DeBenedictis, v. Route 66 Bar, Porky's BBQ, Charanjeet Oberoi, et al., Case No. CIVDS1617470, under the commercial general liability insurance policy, Policy No. 101 PKG 0011315-01 ("the Policy"), issued by Colony Insurance Company to Best Motel for the policy period of April 4, 2015, to April 4, 2016, because such claims are expressly excluded from coverage under the endorsement entitled "Exclusion – Assault, Battery, or Assault and Battery" that is part of the Policy.

2. IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Defendants shall take nothing and Plaintiff shall have its costs of suit.

DATED: December 11, 2017

Percy Anderson
UNITED STATES DISTRICT JUDGE